**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
HENRY ULICE GUTIERREZ GIRON,

                            Petitioner,                   26 **CIVIL** 534 (JLR)

       -against-                               **JUDGMENT**

KENNETH GENALO, NYC Director, Enforcement
& Removal Operations, U.S. Immigration and
Customs Enforcement; TODD LYONS, Acting
Director, U.S. Immigration and Customs
Enforcement; KRISTI NOEM, Secretary of the
U.S. Department of Homeland Security; and
PAMELA BONDI, Attorney General of the
United States,

                          Respondents.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Memorandum Opinion and Order dated January 26, 2026, the petition for a

writ of habeas corpus is GRANTED.

**DATED:** New York, New York
           January 28, 2026

                              **TAMMI M. HELLWIG**

                                    **Clerk of Court**

        **BY:**          *K. Mango*

                                  **Deputy Clerk**